

In The

Court of Appeals

Seventh District of Texas at Amarillo

_____

No. 07-20-00293-CV
_____

FLOWER OF LIFE HEALING MINISTRIES, APPELLANT

V.

TRAVIS CENTRAL APPRAISAL DISTRICT, APPELLEE

On Appeal from the 126th District Court
Travis County, Texas[1]
Trial Court No. D-1-GN-19-006173, Honorable Maya Guerra Gamble, Presiding

April 19, 2021

MEMORANDUM OPINION

Before PIRTLE and PARKER and DOSS, JJ.

Appellant, Flower of Life Healing Ministries, appeals from the trial court's *Order Granting Defendant's Motion to Dismiss*. We dismiss the appeal.

Appellant's brief was originally due February 4, 2021, but was not filed. On February 23, 2021, Dessie Maria Andrews, a non-attorney, filed a "Motion for Extension

---

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013).

of Time to file Appellant's Brief" and "Appellant's Brief" purportedly on the behalf of appellant. Because only a licensed attorney can represent a corporation in litigation, we struck the motion and brief. *See Kunstoplast of Am. v. Formosa Plastics Corp., USA*, 937 S.W.2d 455, 456 (Tex. 1996) (per curiam) (providing that a nonlawyer may only perform ministerial tasks for a corporation on appeal).

By letter of February 24, 2021, we granted, sua sponte, appellant an extension to March 26 to file a brief and admonished that the appeal would be dismissed for want of prosecution if an appellate brief was not filed by an attorney by this deadline. *See WM3 Ventures, Inc. v. Fox TV Station LLC*, No. 14-18-00454-CV, 2018 Tex. App. LEXIS 5217, at *1 (Tex. App.—Houston [14th Dist.] July 12, 2018, no pet.) (per curiam) (mem. op.) (dismissing appeal for want of prosecution after corporate appellant failed to obtain appellate counsel). To date, appellant has not filed a brief or had any further communication with this Court.

Accordingly, we dismiss this appeal for want of prosecution. TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

Per Curiam